■ In the Matter of MELVYN ALTMAN, a Disbarred Attorney. [618 NYS2d 204] —Motion to modify an order of this Court, and for other relief, denied in its entirety. No opinion. Concur —Sullivan, J. P., Carro, Wallach, Kupferman and Tom, JJ.

■ In the Matter of STEVEN J. ROMER, a Disbarred Attorney. [618 NYS2d 1008] —Motion granted only to the extent of directing that the materials obtained by Grand Jury subpoena remain with the New York County District Attorney's office, and that the Committee should take possession of the remaining materials which are currently in the possession of said office, as directed by this Court's order of June 7, 1994 (205 AD2d 331), and in all other respects, the motion is denied. No opinion. Concur—Sullivan, J. P., Rosenberger, Kupferman, Asch and Nardelli, JJ.